# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff, | ) CRIMINAL CASE NO. 17 MJ 1257 |
|---|---|
| v. | ) |
| Angel Mendoza Defendant. | ) ORDER AND CONDITIONS OF PRETRIAL RELEASE: BAIL (18 U.S.C. § 3142(c)) |

A hearing was held to determine pretrial conditions of release of the defendant pursuant to 18 U.S.C. § 3142. The Federal Judge determined an unconditional release pursuant to 18 U.S.C. § 3142(b) is not sufficient to assure the appearance of the defendant and the safety of the community. Thus, conditions of pretrial release are necessary pursuant to 18 U.S.C. § 3142(c). *Good cause appearing*,

**IT IS ORDERED** that the defendant shall be released subject to the condition that the defendant: *(a) not commit a federal, state or local crime during the period of release, (b) make all court appearances and (c) comply with the conditions itemized below, as indicated by (✓), in accordance with 18 U.S.C.§ 3142(c)(2):*

## STANDARD CONDITIONS:

- ✓ 1. restrict travel to ❏ San Diego County, ❏ Southern District of California, ❏ Central District of California, ☒ State of California, ❏ United States, ❏ do not enter Mexico, ❏ other:_____;
- ✓ 2. report for supervision to Pretrial Services Agency (PSA) as directed by the assigned PSO and pay for the reasonable costs of supervision in an amount determined by PSA and approved by the court;
- ✓ 3. not possess or use any narcotic drug or controlled substance, (defined in 21 U.S.C. § 802), without a lawful medical prescription;
- ✓ 4. not possess any firearm, dangerous weapon or destructive device during the pendency of the case;
- ✓ 5. read, or have explained, and acknowledge understanding of the Advice of Penalties and Sanctions Form;
- ✓ 6. provide a current residence address and phone number prior to release and keep it current while case pending.

## ADDITIONAL CONDITIONS:

- ___ 7. Comply with all government agency conditions to be able to legally remain in the United States during pendency of the proceedings;
- ___ 8. submit to treatment, and/or testing, at the discretion of the pretrial officer assigned to your case, no more than ___ times per month, for:
  ❏ drugs or alcohol, and/or ❏ psychiatric or psychological counseling;
- ___ 9. the defendant shall be monitored by the form of location monitoring indicated below and abide by all technology requirements under the following components. Defendant and sureties are responsible for all equipment associated with this program including loss or damage.
  1) ❏ a Global Positioning System (GPS) ❏ RF Monitoring ❏ Voice Recognition
  2) ❏ Home Incarceration ❏ Home Detention ❏ Curfew -- Remain at your residence every day from _____ A.M./P.M. to _____ A.M./P.M. ❏ or as directed by the Pretrial Services Officer; ❏ defendant shall pay all or part of the costs of monitoring as directed by the court and/or the Pretrial Services Officer;
  ❏ Defendant to be released to PSA custody the following business day by 10:00 a.m. ;
- ___ 10. actively seek and maintain full-time employment, schooling, or combination of both;
- ✓ 11. execute a personal appearance bond in the amount of $ 35,000 secured by:
  ❏ a trust deed to the United States on real estate approved by a Federal Judge;
  ☒ the co-signatures of ___two (2)___ financially responsible (related) adults,
  ❏ Nebbia hearing ❏ Exam of Sureties ☒ other: 10 % cash deposit
- ___ 12. provide the court with: ❏ a cash bond and/or ❏ execute a bail bond by an approved solvent corporate surety in the amount of $_____ that covers ALL conditions of release (not just appearances).
- ___ 13. 18 U.S.C.§ 3142(d) hold until _____; if no detainer is lodged by then, these conditions take effect;
- ___ 14. clear all warrants/FTAs and pay all fines within _____ days of release;
- ___ 15. Defendant is to reside with _____ or defendant's residence be approved by PTS;
- ___ 16. Defendant to surrender any valid passport and may not apply for new travel documents.
- ___ 17. all conditions previously set will remain in force.
- ___ 18. Other conditions:_____

**FILED**
APR 28 2017
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

DATED: 4/28/17

_____
Federal Judge, Ruben B. Brooks

Form Crim-49b(CASDRev. 4/14)