FILED

MAY 25 2017

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     v.<br><br>ANGEL MENDOZA,<br><br>                Defendant. | Case No.: 17CR1346-WQH<br><br>I N F O R M A T I O N<br><br>Title 21, U.S.C., Secs. 952 and 960 - Importation of Cocaine (Felony) |

The Acting United States Attorney charges:

On or about April 27, 2017, within the Southern District of California, defendant ANGEL MENDOZA, did knowingly and intentionally import a mixture and substance containing a detectable amount of Cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: 5/25/17.

ALANA W. ROBINSON
Acting United States Attorney

OLEKSANDRA Y. JOHNSON
Assistant U.S. Attorney

OYJ:es:5/3/2017